PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg          RE:    David Simcho
    U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief      DOCKET NO.: CR07-00090 JW
      U.S. Pretrial Services Officer
                                       DATE: 4/11/2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                        408-535-5230
U.S. Pretrial Services Officer                   TELEPHONE NUMBER

RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

  Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____   Presiding District Court Judge_____

  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

  A. The defendant shall report immediately upon release and thereafter as directed to Pretrial Services.

  B.

☐ Bail Revoked/Bench Warrant Issued.

  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

  Other Instructions:

_____                    4/12/07
JUDICIAL OFFICER                             DATE

FILED
APR 12 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cover Sheet (12/03/02)