

IT IS SO ORDERED AS MODIFIED
Judge James Ware
11/27/2007

1  
2  BARRY J. PORTMAN  
   Federal Public Defender  
   ELIZABETH M. FALK  
3  Assistant Federal Public Defender  
   19th Floor Federal Building  
4  450 Golden Gate Avenue  
   San Francisco, CA 94102  
5  (415) 436-7700  

6  Counsel for Defendant SIMCHO  

7  

8              IN THE UNITED STATES DISTRICT COURT  

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA  

10  

11  UNITED STATES OF AMERICA,        )   No. CR 07-0090 JW  
                                     )  
12              Plaintiff,           )   **STIPULATION AND PROPOSED**  
                                     )   **ORDER FOR CONTINUANCE OF**  
13         v.                        )   **STATUS CONFERENCE**  
                                     )  
14  DAVID SIMCHO,                    )   Date:   December 3, 2007  
                                     )   Time:   1:30 p.m.  
15              Defendant.           )   Court:  The Honorable James Ware  
    _____  )  
16  

17  
        The parties hereby stipulate and agree as follows:  
18  
        1.  This matter is set for a status conference on December 3, 2007 at 1:30 p.m.;  
19  
        2.  Mr. Simcho is also indicted before the Honorable Marilyn Hall Patel in San  
20  
        Francisco on unrelated tax fraud charges.  The case number in that Court is 06-  
21  
        542 MHP.  Undersigned defense counsel was appointed two months ago to  
22  
        represent Mr. Simcho in both cases;  
23  
        3.  Defense counsel is still reviewing discovery in the tax fraud case to determine if  
24  
        there are constitutional problems with the search warrant that issued to search Mr.  
25  
        Simcho's home.  Although the warrant issued in connection with the  
26

aforementioned tax fraud investigation, the firearms at issue in the case pending before this Court were seized during the execution of that search warrant. As such, a search warrant motion may potentially be appropriate in the instant case;

4. To adequately ensure that there are no *Franks* issues or other motions to suppress necessary in the instant case, defense counsel needs to complete all discovery review in the tax case, to form a sufficient base of knowledge about the case and its investigation to determine if the search warrant affidavit comported with constitutional requirements;

5. Because the tax case discovery review is not complete, defense counsel needs time to both 1) finish reviewing the 5000 core documents in the tax case, 2) meet with Mr. Simcho about potential motions in both cases, and possibly 3) meet with both government counsel about a proposal on a global resolution to both cases;

6. Mr. Simcho currently resides in Dallas, Texas and it is a financial hardship for him to make frequent court appearances in California. As such, defense counsel has tried to set Mr. Simcho for appearances before the Honorable Judge Patel and this Court on the same day, as each Court holds calendar on Mondays. Mr. Simcho has simultaneously requested a continuance in the tax fraud case from the Honorable Judge Patel from December 3, 2007 to January 7, 2008. Accordingly, Mr. Simcho now requests this Court to grant a continuance to January 7, 2008;

7. For the aforementioned reasons, the parties jointly agree and request the Court to continue the status conference in this matter to January 7, 2008, at 1:30 p.m.;

8. The parties also agree that time under the Speedy Trial Act should be excluded for effective preparation of counsel, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(8)(A)(iv), and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a

\\

\\

speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Dated: November 26, 2007

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for David Simcho

Dated: November 26, 2007

_____/S/_____
CARLOS SINGH
ASSISTANT UNITED STATES ATTORNEY

**[PROPOSED] ORDER**

For the reasons set forth above, the status conference in the aforementioned matter is hereby CONTINUED from December 3, 2007 to January 14 2008 at 1:30 p.m.   The Court also finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court finds that time from December 3, 2007 through January 14 2008 should be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED**.

DATED:  November 27, 2007            _____
                                     THE HONORABLE JAMES WARE
                                     UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge James Ware]

07-0090 JW; Stip Continue Status Conference            3