```
BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SIMCHO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0090 JW |
|---|---|
| Plaintiff, | ) **STIPULATION AND PROPOSED** |
| v. | ) **ORDER FOR CONTINUANCE OF** |
| | ) **STATUS CONFERENCE** |
| DAVID SIMCHO, | ) Date: January 14, 2008 |
| Defendant. | ) Time: 1:30 p.m. |
| | ) Court: The Honorable James Ware |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on January 14, 2008 at 1:30 p.m.;

2. Mr. Simcho is also indicted before the Honorable Marilyn Hall Patel in San Francisco on unrelated tax fraud charges. The case number in that Court is 06-542 MHP. Undersigned defense counsel was appointed three months ago to represent Mr. Simcho in both cases, and has reviewed the necessary discovery in both cases. Defense counsel needs time to meet with Mr. Simcho on both matters to discuss the cases in mid to late January;

3. To accomplish these ends, Judge Patel has recently granted Mr. Simcho a continuance in the tax case to January 28, 2008 at 10:00 a.m.;

4. Mr. Simcho currently resides in Dallas, Texas and it is a financial hardship for him to make frequent court appearances in California. As such, defense counsel has tried to set Mr. Simcho for appearances before the Honorable Judge Patel and this Court on the same day, as each Court holds calendar on Mondays. Accordingly, as Mr. Simcho is planning to appear before the Honorable Judge Patel on January 28, 2008 at 10:00 a.m., Mr. Simcho simultaneously requests this Court to grant a continuance to January 28, 2008 at 1:30 p.m.;

5. Defense counsel also recently discovered that she will be out of the continental United States on January 14th, 2008. For the purposes of ensuring continuity of counsel, defense counsel would like to be present at all of Mr. Simcho's appearances, but cannot make an appearance before this Court on January 14, 2008;

6. For the aforementioned reasons, the parties jointly agree and request the Court to continue the status conference in this matter to January 28, 2008, at 1:30 p.m.;

7. The parties also agree that time under the Speedy Trial Act should be excluded between January 14, 2008 and January 28, 2008 for effective preparation of counsel, taking into account the exercise of due diligence and for continuity of counsel, 18 U.S.C. § 3161(h)(8)(A)(iv), and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8.

Dated: January 4, 2008

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for David Simcho

Dated: January 4, 2008 _____/S/_____
CARLOS SINGH
ASSISTANT UNITED STATES ATTORNEY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# [~~PROPOSED~~] ORDER

For the reasons set forth above, the status conference in the aforementioned matter is hereby CONTINUED from January 14, 2008 to January 28, 2008 at 1:30 p.m. The Court also finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that time from January 14, 2008 through January 28, 2008 should be excluded from Speedy Trial Act calculations for effective preparation of defense counsel and continuity of counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, would deny the defendant continuity of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED**.

DATED: ___January 8, 2008_____     _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE