| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | (415) 436-7700 |
| 5 | |
| | Counsel for Defendant SIMCHO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0090 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER SETTING CHANGE-OF-PLEA** |
| v. | ) | |
| | ) | Date:  June 2, 2008 |
| DAVID SIMCHO, | ) | Time:  1:30 p.m. |
| | ) | Court: The Honorable James Ware |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for trial on July 1, 2008 at 8:30 a.m.;

2. Mr. Simcho is also indicted before the Honorable Marilyn Hall Patel in San Francisco on unrelated tax fraud charges. The case number in that Court is 06-542 MHP. Mr. Simcho is set for a change of plea hearing on June 2, 2008 at 10:30 a.m. before that Court;

3. Mr. Simcho wishes to change his plea in this matter on the same day as his change of plea hearing before Judge Patel;

4. Mr. Simcho currently resides in Dallas, Texas and it is a financial hardship for him to make frequent court appearances in California. An application has been made for

the Marshal Service to pay for Mr. Simcho's travel. As such, defense counsel has tried to set Mr. Simcho for appearances before the Honorable Judge Patel and this Court on the same day, as each Court holds calendar on Mondays. Accordingly, as Mr. Simcho is planning to appear before the Honorable Judge Patel on June 2, 2008 at 10:00 a.m., Mr. Simcho simultaneously requests this Court to set this matter for change-of-plea on June 2, 2008 at 1:30 p.m.;

5. For the aforementioned reasons, the parties jointly agree and request the Court to continue the status conference in this matter to June 2, 2008, at 1:30 p.m.;

Dated: May 20, 2008

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for David Simcho

Dated: May 20, 2008

_____/S/_____
THOMAS O'CONNELL
ASSISTANT UNITED STATES ATTORNEY

**[PROPOSED] ORDER**

For the reasons set forth above, a change-of-plea hearing is hereby SET before this Court on June 2, 2008 at 1:30 p.m. The Court terminates previously set pretrial and trial dates.

**IT IS SO ORDERED**.

DATED: \_\_May 22, 2008_____     _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE