

IT IS SO ORDERED AS MODIFIED
Judge James Ware
6/3/2008

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SIMCHO
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0090 JW |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER SETTING CHANGE-OF-PLEA** |
| v. | ) | |
| | ) | Date:  June 2, 2008 |
| DAVID SIMCHO, | ) | Time:  1:30 p.m. |
| | ) | Court: The Honorable James Ware |
| Defendant. | ) | |

The parties hereby stipulate and agree as follows:

1. A change of plea in this matter is currently set for June 2, 2008 at 1:30 p.m.;

2. Mr. Simcho is also indicted before the Honorable Marilyn Hall Patel in San Francisco on unrelated tax fraud charges. The case number in that Court is 06-542 MHP. Mr. Simcho is set for a change of plea hearing on June 2, 2008 at 10:30 a.m. before that Court;

3. The parties need more time to finalize the plea agreement;

4. For the aforementioned reasons, the parties jointly agree and request the Court to

\\

\\

07-0090 JW; Stip Set Change Plea                         1

1           continue the change of plea hearing in this matter to June 16, 2008, at 1:30 p.m.;

2     5.       The parties also agree that time under the Speedy Trial Act should be excluded

3           between June 2, 2008 and June 16 28, 2008 for effective preparation of counsel,

4           taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(8)(A)(iv), and

5           that the ends of justice served by this continuance outweigh the best interests of the

6           public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: June 2, 2008

                                                                                         /S/
                                       ELIZABETH M. FALK
                                       ASSISTANT FEDERAL PUBLIC DEFENDER
                                       Attorney for David Simcho

Dated: June 2, 2008

                                                                  /S/
                                     THOMAS O'CONNELL
                                     ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, a change-of-plea hearing is hereby SET before this Court on June 16, 2008 at 1:30 p.m. Time is hereby excluded under the Speedy Trial Act for the reasons stated in this stipulation, including the need for effective preparation of counsel, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(8)(A)(iv). This Court accordingly finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS ORDERED AS MODIFIED:**
The Motion for Waiver of Appearance for the June 2, 2008 hearing (Docket Item No. 19) is found as moot. The Defendant shall appear for the June 16, 2008 at 1:30 PM for the continued disposition hearing. This order terminates Docket Item No. 19.

DATED:   June 3, 2008                                                                    *James Ware*
                                                                             THE HONORABLE JAMES WARE
                                                                             UNITED STATES DISTRICT JUDGE