BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SIMCHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0090 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING |
| vs. | |
| DAVID SIMCHO, | Date:  December 8, 2008 |
| | Time:  1:30 p.m. |
| Defendant. | Court: The Honorable James Ware |

The parties hereby stipulate and agree as follows:

1. This matter is set for sentencing on December 8, 2008 at 1:30 p.m.;

2. AFPD Elizabeth Falk is still on maternity leave. AFPD Falk gave birth on August18, 2008. Her daughter has just turned 3 months old, and AFPD Falk has only now been able to hire child care to attend to the cases she has retained while on maternity leave.

3. Mr. Simcho is simultaneously charged in a tax case before the Honorable Marilyn Hall Patel, 06-0542 MHP. On November 20, 2008 Judge Patel singed an order continuing sentencing on the tax case to March 02, 2009 at 9:00 a.m.

Stipulation to Continue Sentencing, 07-0090 JW        1

    4.    US Probation Officer Cristina Carruba has been assigned to complete the presentence report on both cases.  Defense counsel is still working to provide Ms. Carruba will all information relating to the charged offenses, including evidence in the instant case that the gun possessed by Mr. Simcho fall under the "sporting exception".  The presentence process has thus not concluded.

    5.    Furthermore, Mr. Simcho lives in Dallas, Texas.  It is more judicially efficient and economical for Mr. Simcho to be sentenced in California on both cases on the same day.

    6.    United States Probation Officer Cristina Carruba has been consulted about the potential change in sentencing date to March 2, 2009, and has no objection to said request for a continuance.  Should the Court grant the parties request, the USPO requests the Court to order that the Final Presentence Report is due to the Court no later than February 16, 2009.

IT IS SO STIPULATED.

Dated: November 21, 2008                             /S/
                                               ELIZABETH M. FALK
                                               ASSISTANT FEDERAL PUBLIC DEFENDER
                                               Attorney for David Simcho

Dated: November 21, 2008                             /S/
                                               THOMAS O'CONNELL
                                               ASSISTANT UNITED STATES ATTORNEY

//

//

**[PROPOSED] ORDER**

For the reasons set forth above, the sentencing in the aforementioned matter is hereby CONTINUED from December 8, 2008 to March 2, 2009 at 1:30 p.m.. The Final Presentence Report is due to this Court no later than February 16, 2009.

**IT IS SO ORDERED**.

DATED:    Dec. 1, 2008

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE