BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SIMCHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0090 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER FOR CONTINUANCE OF |
| vs. ) | SENTENCING |
| ) | |
| DAVID SIMCHO, ) | Date:  March 2, 2009 |
| ) | Time:  1:30 p.m. |
| Defendant. ) | Court: The Honorable James Ware |
| ) | |

The parties hereby stipulate and agree as follows:

1. This matter is set for sentencing on March 2, 2009 at 1:30 p.m.;

2. To date, the draft Presentence Report has not been submitted to the parties by the Probation Department. Pursuant to Local Rule 32-5(a), the final Presentence Report was due to this Court on Friday, February 13, 2009, as February 16, 2009 was a federal holiday. However, to date, the parties have not seen a draft of the report;

3. Pursuant to Federal Rule of Criminal Procedure 32(e)(2), the Presentence Report must be disclosed to counsel for each side at least 35 days prior to sentencing to provide each side a chance to make objections. As the sentencing is currently

Stipulation to Continue Sentencing, 07-0090 JW                 1

1  scheduled for March 2, 2009, there is no time for counsel to make objections,
2  submit them to the Probation Department, and obtain a Final Report in time to
3  write sentencing memorandum and/or request an evidentiary hearing that may be
4  necessary in this case;

5. 4. This case involved the possession of a firearm by a felon, and Mr. Simcho plans to argue the "sporting exception" Guideline at sentencing, pursuant to U.S.S.G. § 2K2.1(b)(2). This matter thus may require extensive objections to the Presentence Report and the presentation of lengthy legal analysis to the Probation Officer once the draft presentence report is completed;

10. 5. US Probation Officer Cristina Carruba has been assigned to complete the Presentence report. She is hopeful that the draft report will be produced to the parties today. She has informed defense counsel that pursuant to office policy, she is not permitted to move for a continuance of the sentencing;

14. 6. Defendant Simcho will be substantially prejudiced if the Presentence Report goes to this Court without his being provided an opportunity to review the report, make the appropriate objections, and request an evidentiary hearing if necessary. He will also be prejudiced if this analysis is rushed forward in a manner that does not provide the Probation Office enough time to contemplate his objections. He will also be prejudiced if his counsel is required to complete a sentencing memorandum without the Final Presentence Report in hand. As such, Defendant Simcho must request said continuance from the Court;

22. 7. As the draft presentence report has not yet been received, defense counsel requests a new date for sentencing of March 30, 2009 at 1:30 p.m., which will enable counsel to make all necessary objections and provide her with the time to request and potentially schedule an evidentiary hearing from this Court at sentencing if such a hearing is required on the "sporting exception". As indicated by his

signature below, counsel for the government does not have an objection for the request for a continuance, given the circumstances of the Presentence Report.

8.  Should the Court grant the parties request, the USPO requests the Court to order that the Final Presentence Report is due to the Court no later than March 16, 2009.

IT IS SO STIPULATED.

Dated: February 17, 2009          _____/S/_____
                                   ELIZABETH M. FALK
                                   ASSISTANT FEDERAL PUBLIC DEFENDER
                                   Attorney for David Simcho

Dated: February 17, 2009          _____/s/_____
                                   THOMAS O'CONNELL
                                   ASSISTANT UNITED STATES ATTORNEY

/

**[PROPOSED] ORDER**

For the reasons set forth above, the sentencing in the aforementioned matter is hereby CONTINUED from March 2, 2009 to March 30, 2009 at 1:30 p.m. The Final Presentence Report is due to this Court no later than March 16, 2009.

**IT IS SO ORDERED**.

DATED:   Feb. 19, 2009            _____
                                   THE HONORABLE JAMES WARE
                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing, 07-0090 JW            3